```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                   SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

| | |
|---|---|
| NORMA BURDEN, | : |
|     Plaintiff, | : |
| vs. | :  CIVIL ACTION 08-0178-CB-M |
| ANDY NELMS, | : |
|     Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby DISMISSED with prejudice for lack of subject matter jurisdiction.

DONE this 27th day of August, 2008.

*S/Charles R. Butler, Jr.*
*Senior United States District Judge*