IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| NORMA BURDEN, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION 08-0178-CB-M |
| ANDY NELMS, | : |
|     Defendant. | : |

JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED with prejudice for lack of subject matter jurisdiction.

DONE this 27th day of    August   , 2008.


*S/Charles R. Butler, Jr.*
*Senior United States District Judge*